

# IN THE
# TENTH COURT OF APPEALS

————————

## No. 10-18-00264-CV

## IN RE STACY LYNN BONE

————————

## Original Proceeding

---

## MEMORANDUM OPINION

---

Stacy Lynn Bone's Petition for Writ of Mandamus and Emergency Motion for Temporary Relief to Stay Trial Court Proceedings were filed on August 13, 2018. The emergency motion to stay was granted and the temporary hearing on real-party-in-interest's motion to modify the divorce decree, to the extent it sought to expand the geographic restriction in the Agreed Divorce, was stayed until further order of the Court. Bone has now filed a motion to dismiss her Petition for Writ of Mandamus, asserting that the temporary hearing has been dismissed by agreement of the parties.

The motion is granted, our prior order staying proceedings in the trial court is lifted, and this proceeding is dismissed. *See generally* TEX. R. APP. P. 42.1(a)(1).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
Justice Davis, and
Justice Scoggins
Petition dismissed
Opinion delivered and filed August 29, 2018
[OT06]

